**USPS Customer's Receipt**

- Serial Number: 295991603043
- NOT NEGOTIABLE
- Pay to: US Bankruptcy Court E District of PA
- Address: 900 Market St Suite 320, Philadelphia, PA 19107
- Year, Month, Day: 2024-09-24
- Post Office: 19460
- Amount: $104.00
- Clerk: 40