UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Lisa Marie Cancelliere | Bankruptcy No.24-11806-AMC |
| Debtor | |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 4th day of November, 2024, by first class mail upon those listed below:

Lisa Marie Cancelliere
814 Wedgewood Drive
Lansdale, PA  19446

**Electronically via CM/ECF System Only:**

JOSEPH A DIORIO ESQUIRE
LEGAL AID OF SOUTHEASTERN PA
625 SWEDE STREET
NORRISTOWN, PA  19401

/s/ Kristen Gliem
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee