## INCOME CONTRIBUTION AFFIDAVIT

NAME OF DEBTOR LISA CANCELLIERE

CHAPTER 13 CASE # 2 4 - 1 1 8 0 6

I am Roman T. Cancelliere, the person whose name is signed below, hereby swear/affirm that the following are true and correct:

1. The debtor(s) named above is Lisa Cancelliere

2. I will contribute financial support in the amount of $800.00 on a monthly basis to the debtor(s).

3. My source of income is my earnings from employment.

4. I will contribute to make such contributions to the Debtor(s) for the entire duration of the Chapter 13 plan of the debtor(s).

Date: 08/29/2024

_Roman Cancelliere_ (signature)

Roman Cancelliere. (signature)

_Roman Cancelliere_ (print)

Roman Cancelliere. (print)

Sworn to or affirmed and subscribed to before me by
_Roman Cancelliere_ the Affiant/Contributor identified above, on this 29 day of August, 2024.

Commonwealth of Pennsylvania - Notary Seal
Elisabeth M Hopper, Notary Public
Bucks County
My Commission Expires October 4, 2027
Commission Number 1236912

_Elisabeth M. Hopper_
Notary Public