**Fill in this information to identify the case:**

Debtor 1: LISA CANCELLIERE

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN District of PENNSYLVANIA
(State)

Case number: 24-11806

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgements, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Capital One, N.A. by AIS InfoSource LP as agent
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: Not Applicable

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Capital One N.A. by AIS InfoSource LP as agent
Name
4515 N Santa Fe Ave
Number    Street
Oklahoma City    OK    73118
City    State    ZIP Code

Contact phone (877) 893-8820

Contact email POC_AIS@aisinfo.com

Where should payments to the creditor be sent? (if different)
Capital One N.A. by AIS InfoSource LP as agent
Name
PO Box 71083
Number    Street
Charlotte    NC    28272-1083
City    State    ZIP Code

Contact phone (877) 893-8820

Contact email POC_AIS@aisinfo.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410    Proof of Claim    page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☐ No
   ☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __0__ __4__ __8__ __9__

7. How much is the claim?   $ 2,234.60   Does this amount include interest or other charges?
   ☐ No
   ☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Credit Card

9. Is all or part of the claim secured?
   ☒ No
   ☐ Yes. The claim is secured by a lien on property.

   Nature of property:
   ☐ Real estate.    If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   Basis for perfection: _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property:    $ _____
   Amount of the claim that is secured:    $ _____
   Amount of the claim that is unsecured:    $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition:    $ _____

   Annual Interest Rate (when case was filed)    _____ %
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☒ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.  $ _____

11. Is this claim subject to a right of setoff?
    ☒ No
    ☐ Yes. Identify the property: _____

Official Form 410    Proof of Claim    page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to property.

☒ No

☐ Yes. *Check one:*                                        **Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).    $ _____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507 (a)(7).    $ _____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C § 507 (a)(4).    $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. §507 (a)(8).    $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507 (a)(5).    $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507 (a)(__) that applies.    $ _____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward that debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    06/05/2024
                   MM / DD / YYYY

/s/ Ronak Solanki
Signature

**Print the name of the person who is completing and signing this claim:**

Name        Ronak Solanki
            First Name          Middle Name          Last Name

Title       Bankruptcy Specialist

Company     AIS InfoSource, LP
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     4515 N Santa Fe Ave
            Number          Street

            Oklahoma City                    OK              73118
            City                             State           Zip Code

Contact Phone    (877) 893-8820          Email    POC_AIS@aisinfo.com

Official Form 410                    Proof of Claim                              page 3

# Statement of Accounts

## Account Information

| Account Holder(s) | Account Number(s) | Creditor Reference |
|---|---|---|
| LISA M CANCELLIERE | XXXXXXXXXXXX0489 | |

| Total Claim Amount (pre-petition balance) | Principal Amount | Interest | Fees |
|---|---|---|---|
| $2,234.60 | $2,223.90 | $10.70 | $0.00 |

| Account Open Date | Last Transaction Date | Last Payment Date * | Charge-off Date |
|---|---|---|---|
| 12/19/2017 | 02/24/2021 | 02/24/2021 | 06/19/2021 |

## Creditor Information

| Claimant | Current Creditor |
|---|---|
| Capital One, N.A. by AIS InfoSource LP as agent | Capital One, N.A. by AIS InfoSource LP as agent |

| Previous Creditor | Creditor at Last Account Transaction |
|---|---|
| Not Applicable | Capital One Bank (USA), N.A. |

## Case Information

| Debtor(s) | | | |
|---|---|---|---|
| LISA CANCELLIERE | | | |

| Street | City | State | Zip |
|---|---|---|---|
| 814 WEDGEWOOD DR | LANSDALE | PA | 19446 |

| Case Number | Court | Chapter | Filing Date |
|---|---|---|---|
| 24-11806 | Eastern District of Pennsylvania | 13 | 05/28/2024 |

## Contact Information (for questions regarding this claim)

| Phone | Email | Address | Reference Number |
|---|---|---|---|
| (877) 893-8820 | POC_AIS@aisinfo.com | 4515 N Santa Fe Ave<br>Oklahoma City, OK  73118 | 8350941 |

## Special Notice

*"Last Payment Date" is the date the creditor received delivery of payment from the debtor, regardless of whether such payment was applied to the account referenced in this claim in full or in part, or subsequently returned or denied in accordance with applicable law.