UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:
LISA CANCELLIERE                           : Chapter 13

        Debtor                    : #24-11806(AMC)

### ORDER

AND NOW, this _____ day April 2025 upon consideration of the Debtor's objection to the Proof of Claim Number one of Capital One, N.A., and any response thereto it is hereby

ORDERED: DEBTOR OBJECTION IS **DENIED** for the reasons stated on the record.

**Date: April 18, 2025**

_____
CHAN, CH. U.S.B.J.