United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Lisa Marie Cancelliere  
    Debtor

Case No. 24-11806-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Jun 04, 2025     Form ID: 155     Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Marie Cancelliere, 814 Wedgewood Drive, Lansdale, PA 19446-1833 |
| 14893952 | + | American Heritage Federal CU, 3110 Grant Avenye, Philadelphia, PA 19114-2542 |
| 14893956 | | Freedom Credit Union, 620 Acksonville RD, Suite 250, Warminster, PA 18974 |
| 14914260 | + | U.S. Bank National Association, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14909943 | | U.S. Bank, et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14893959 | + | US Bank, NA, 425 S. Financial Place, Suite 2000, Chicago, IL 60605-1000 |
| 15000176 | | Wilmington Savings Fund Society, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14893953 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2025 00:46:39 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14894601 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 05 2025 00:31:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14893955 | | Email/Text: operationsclerk@easypayfinance.com | Jun 05 2025 00:18:00 | Duvera, 3220 Executive Ridge, Ste 200, Vista, CA 92081 |
| 14893957 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2025 00:48:24 | Kohl/s, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14896315 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2025 00:30:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14893931 | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 05 2025 00:18:00 | U.S. Bank National Association, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14893958 | + | Email/PDF: cbp@omf.com | Jun 05 2025 00:32:05 | One Main Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14905293 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 05 2025 00:48:10 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14914146 | ^ | MEBN | Jun 05 2025 00:15:25 | U.S. Bank National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14999889 | ^ | MEBN | Jun 05 2025 00:15:19 | U.S. Bank National Association, et al, Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 14894208 | + | Email/Text: BankruptcyECFMail@mccalla.com | Jun 05 2025 00:18:00 | U.S. Bank National Association,not in its individu, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 04, 2025 | Form ID: 155 | Total Noticed: 18 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14893954 |  | Capital One Walmart |
| 15002042 | * | Wilmington Savings Fund Society, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2025             Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2025 at the address(es) listed below:

**Name**     **Email Address**

BRIAN CRAIG NICHOLAS

on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4 brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

DENISE ELIZABETH CARLON

on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4 bkgroup@kmllawgroup.com

JOSEPH A DIORIO

on behalf of Debtor Lisa Marie Cancelliere jdiorio@lasp.org

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　Lisa Marie Cancelliere<br><br>　　Debtor(s). | Case No. 24−11806−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

　　**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

　　**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

　　**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

　　**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: June 4, 2025　　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge, United States Bankruptcy Court