| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-11806-AMC

Lisa Marie Cancelliere  
814 Wedgewood Drive  
Lansdale  PA    19446

Petition Filed Date: 05/28/2024  
341 Hearing Date: 08/09/2024  
Confirmation Date: 06/04/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/23/2024 | $822.00 | | 10/04/2024 | $822.00 | | 10/16/2024 | $411.00 | |
| 01/02/2025 | $627.30 | | 01/15/2025 | $627.30 | | 02/10/2025 | $627.30 | |
| 03/11/2025 | $696.69 | | 04/09/2025 | $696.69 | | 05/08/2025 | $696.69 | |
| 06/02/2025 | $827.12 | | 06/10/2025 | $827.12 | | 07/02/2025 | $902.36 | |

**Total Receipts for the Period:  $8,583.57    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,485.93**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | JOSEPH A DIORIO ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA  »»  001 | Unsecured Creditors | $2,234.60 | $0.00 | $2,234.60 |
| 2 | CAPITAL ONE BANK (USA) NA  »»  002 | Unsecured Creditors | $309.44 | $0.00 | $309.44 |
| 3 | LVNV FUNDING LLC  »»  003 | Unsecured Creditors | $527.56 | $0.00 | $527.56 |
| 4 | LVNV FUNDING LLC  »»  004 | Unsecured Creditors | $1,607.86 | $0.00 | $1,607.86 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES  »»  005 | Unsecured Creditors | $459.93 | $0.00 | $459.93 |
| 6 | EASYPAY FINANCE  »»  006 | Unsecured Creditors | $1,976.76 | $0.00 | $1,976.76 |
| 7 | FAY SERVICING LLC  »»  007 | Mortgage Arrears | $28,972.04 | $8,049.37 | $20,922.67 |
| 8 | FAY SERVICING LLC  »»  008 | Mortgage Arrears | $2,679.39 | $744.43 | $1,934.96 |
| 9 | AMERICAN HERITAGE FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | FREEDOM CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | ONE MAIN FINANCIAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11806-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,485.93 | Current Monthly Payment: | $751.88 |
| Paid to Claims: | $8,793.80 | Arrearages: | ($245.87) |
| Paid to Trustee: | $692.13 | Total Plan Base: | $43,074.66 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.