Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Lisa Marie Cancelliere
814 Wedgewood Drive
Lansdale, PA 19446

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-11806-AMC**

Petition Filed Date: 05/28/2024
341 Hearing Date: 08/09/2024
Confirmation Date: 06/04/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/19/2025 | $902.36 | | 09/10/2025 | $902.36 | | 11/05/2025 | $902.36 | |
| 02/10/2026 | $902.36 | | 03/09/2026 | $902.36 | | 04/06/2026 | $902.36 | |
| 06/08/2026 | $902.36 | | 07/10/2026 | $902.36 | | | | |

**Total Receipts for the Period: $7,218.88 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $16,704.81**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOSEPH A DIORIO ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA<br>»» 001 | Unsecured Creditors | $2,234.60 | $0.00 | $2,234.60 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $309.44 | $0.00 | $309.44 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $527.56 | $0.00 | $527.56 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,607.86 | $0.00 | $1,607.86 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $459.93 | $0.00 | $459.93 |
| 6 | EASYPAY FINANCE obo DUVERA<br>»» 006 | Unsecured Creditors | $1,976.76 | $0.00 | $1,976.76 |
| 7 | FAY SERVICING LLC<br>»» 007 | Mortgage Arrears | $28,972.04 | $14,166.52 | $14,805.52 |
| 8 | FAY SERVICING LLC<br>»» 008 | Mortgage Arrears | $2,679.39 | $1,310.17 | $1,369.22 |
| 9 | AMERICAN HERITAGE FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | FREEDOM CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | ONE MAIN FINANCIAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11806-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,704.81 | Current Monthly Payment: | $751.88 |
| Paid to Claims: | $15,476.69 | Arrearages: | $805.93 |
| Paid to Trustee: | $1,228.12 | Total Plan Base: | $43,074.66 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.